**Order entered October 20, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00539-CV

## IN THE INTEREST OF A.T., N.T., AND B.T., CHILDREN, Appellant

### On Appeal from the 470th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 470-51820-2014

## ORDER

Before the Court is appellee's October 17, 2016 second motion for extension of time to file appellee's brief. We **GRANT** appellee's motion and **ORDER** appellee's brief be submitted within **THIRTY** days from the date of this order.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE